ON PETITION FOR REHEARING
Before HATCHETT and DUBINA, Circuit Judges, and ESCHBACH *, Senior Circuit Judge.
PER CURIAM:
Our previous panel opinion reported at 22 F.3d 1570 (11th Cir.1994) is hereby VACATED.[1]
After rehearing this case, which included the consideration of supplemental briefs and additional oral argument, we now affirm the district court’s grant of summary judgment in all respects. We affirm for the reasons set forth in Judge Dubina’s dissenting opinion in Harrell, 22 F.3d at 1577-81, and this court’s recent decision in Lassiter v. Alar bama A & M University, 28 F.3d 1146 (1994) (en banc), which the panel did not have the benefit of at the time we released our opinion in Harrell.
AFFIRMED.

. In an order filed with the clerk on August 29, 1994, the panel granted the defendants' petition for rehearing.